IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

    Petitioner,               No. CIV S-07-0997 GEB EFB P

    vs.

CURRY, Warden, et al.,

    Respondents.        ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 25, 2007, petitioner filed a motion for leave to file an amended petition or to stay the proceedings in this case pending exhaustion of state court remedies. Good cause appearing, respondents are directed to file a response to petitioner's motion within 30 days of the date this order is served.

    So ordered.

Dated: November 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE