IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

    Petitioner,                        No. CIV S-07-0997 GEB EFB P

    vs.

CURRY, Warden, et al.,

    Respondents.                     FINDINGS AND RECOMMENDATIONS

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 25, 2007, petitioner filed a motion to stay the proceedings and hold his petition in abeyance pending state court review of his claims. On July 26, 2007, respondents filed a motion to dismiss the petition as premature because the validity of petitioner's sentence is currently being reviewed by the state courts. Respondents filed a reply in which they state that they had no objection to the court staying petitioner's petition and holding the petition in abeyance until all claims are exhausted by the state courts. Respondent submits that such a stay should be conditioned upon petitioner seeking full exhaustion of his claims at the earliest possible opportunity and then seeking to lift the stay in this case within 30 days after completing state-court exhaustion.

/////

Accordingly, it is hereby RECOMMENDED that:

1. Petitioner's May 25, 2007, motion for stay and abeyance be granted and that petitioner be directed to pursue his claims at the earliest possible opportunity and seek a lift of the stay within 30 days of completing exhaustion of those claims; and

2. Respondents' July 26, 2007, motion to dismiss be denied accordingly.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2