IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

    Petitioner,                      2:07-cv-0997-GEB-EFB-P

    vs.

CURRY, Warden, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 13, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed February 13, 2008, are adopted in full; and

2. Petitioner's May 25, 2007, motion for stay and abeyance is granted;

3. Petitioner is directed to pursue his claims at the earliest opportunity and seek a lift of the stay within 30 days of completing exhaustion of those claims;

4. The Clerk is directed to administratively terminate the case; and

5. Respondents' July 26, 2007, motion to dismiss is denied.

Dated: March 19, 2008

GARLAND E. BURRELL, JR.
United States District Judge