IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ROACH,** | 2:07-cv-00997-GEB-EFB |
| Petitioner, | |
| v. | **ORDER** |
| **CURRY, Warden, et al.,** | |
| Respondents. | |

On October 2, 2008, Respondents filed a request to modify the briefing schedule.

Good cause appearing, it is hereby ORDERED that:

1. Respondents' request is granted.

2. The scheduling order is hereby modified for Respondents to file a response to the petition for writ of habeas corpus on or before November 3, 2008.

DATED: October 15, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE