IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

    Petitioner,                    No. CIV S-07-0997 GEB EFB P

    vs.

CURRY, Warden, et al.,

    Respondents.                 ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested a second extension of time to file a response to the petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' October 28, 2008, request for an extension of time is granted and respondents have an additional 60 days, to and including January 3, 2009, to file a response to petitioner's petition for writ of habeas corpus. The court does not intend to grant additional requests for extensions of time.

Dated: November 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE