IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

    Petitioner,               No. CIV S-07-0997 GEB EFB P

    vs.

CURRY, Warden, et al.,

    Respondents.          <u>ORDER</u>

        Petitioner is a state prisoner proceeding without counsel in an action brought under 28 U.S.C. § 2254.  On February 6, 2009, petitioner requested an extension of time to file and serve a traverse.  *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that petitioner's February 6, 2009, request is granted and petitioner has 30 days from the date this order is served to file and serve a traverse.

DATED: February 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE