IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

    Petitioner,                 No. CIV S-07-0997 GEB EFB P

    vs.

CURRY, Warden, et al.,

    Respondents.             <u>ORDER</u>

_____/

Petitioner is a state prisoner proceeding without counsel in an action brought under 28 U.S.C. § 2254. On March 4, 2009, petitioner requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's March 4, 2009 request for an extension of time is granted and petitioner has 60 days from the date this order is served to file and serve a traverse.

DATED: March 11, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE