IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

    Petitioner,                             No. CIV S-07-997 GEB CHS P

    vs.

CURRY, Warden, et al.,

    Respondents.                      ORDER

_____

        Petitioner William Roach is a state prisoner proceeding pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. §2254. Respondent's answer was filed on December 31, 2008. Petitioner's traverse was filed on May 21, 2009. Accordingly, this case is considered submitted for decision. Upon review of this matter, however, it appears that two pages[1] detailing petitioner's allegations of ineffective assistance of counsel at trial may be missing from the petition filed on May 25, 2007.

/////

---

[1] The missing pages are those that would be numbered 17 and 20 according to the pagination used by petitioner.

1

1       After a responsive pleading has been served, a party may amend its pleading only
2 with the opposing party's written consent or the court's leave.  Fed. R. Civ. P. 15(a)(2).  A
3 district court should freely give leave when justice so requires.  *Id*.  Considering his status as an
4 incarcerated, pro se person, petitioner should be allowed an opportunity to provide the missing
5 pages so that the court can fully consider his claims.

6       Accordingly, petitioner will be granted leave to amend his petition, but only to the
7 extent necessary to add pages 17 and 20, which may have been inadvertently excluded.  Within
8 30 days of the date of this order, petitioner may file an amendment to the petition, consisting of
9 pages 17 and 20, if such pages were inadvertently omitted from the original petition filed May
10 25, 2007.  No other changes to the original petition may be made.

11       If such amendment is made, and if necessary, the respondent will be granted
12 additional time to file an amendment to the response.

13       If the amendment is not filed, the case will proceed upon the petition as it was
14 originally filed.

15 IT IS SO ORDERED.

16 Dated: September 21, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE